1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   BRENDA WEKSLER
3  Assistant Federal Public Defender
   Nevada State Bar No. 8124
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Brenda_Weksler@fd.org

7  Attorney for Dajon Jovontay Kee

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAJON JOVONTAY KEE,<br><br>Defendant. | Case No. 2:18-cr-235-APG-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brenda Weksler, Assistant Federal Public Defender, counsel for Dajon Jovontay Kee, that the Sentencing Hearing currently scheduled on November 6, 2018 at the hour of 10:30am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. On September 11, 2018, the United States Probation Officer assigned to this case contacted undersigned counsel and government counsel requesting additional time to gather the necessary information to complete the Presentence Investigation Report.

2. The defendant is not incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 12th day of September, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>Acting United States Attorney |
| */s/ Brenda Weksler*<br>By_____<br>BRENDA WEKSLER<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DAJON JOVONTAY KEE,

    Defendant.

Case No. 2:18-cr-235-APG-NJK

**ORDER**

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on Tuesday, November 6, 2018 at the hour of 10:30 a.m. be vacated and continued to January 24, 2019 at the hour of 9:00 a.m. in Courtroom 6C

    DATED this 13th day of September, 2018.

                                  UNITED STATES DISTRICT JUDGE